**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
MICHAEL J. WATANABE, US MAGISTRATE JUDGE

Civil Action No 08-cv-01210-EWN-MJW

WB MUSIC CORP.,
AIN'T NOTHING BUT FUNKIN' MUSIC,
MUSIC OF WINDSWEPT,
BLOTTER MUSIC,
ELVIS MAMBO MUSIC,
TARPO MUSIC PUBLISHING,
EMI APRIL MUSIC, INC.,
NOTTING DALE SONGS, INC.,
EMERGENCY MUSIC, INC., and
SHAPIRO BERNSTEIN & CO., INC.,

Plaintiffs,

v.

CANAS ENTERPRISES, INC., and
FERNANDO CANAS,

Defendants.

---

## MINUTE ORDER
---

Upon consideration of the Notice of Settlement and Unopposed Motion to Vacate Scheduling Conference, filed on July 16, 2008, it is

ORDERED that the motion is GRANTED. The scheduling conference is vacated. The parties shall file their Consent Judgment on or before July 31, 2008.

DATE: July 17, 2008

                                            BY THE COURT:

                                            s/Michael J. Watanabe

                                            MICHAEL J. WATANABE
                                            US Magistrate Court Judge