**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No 08-cv-01210-REB-MJW

WB MUSIC CORP.,
AIN'T NOTHING BUT FUNKIN' MUSIC,
MUSIC OF WINDSWEPT,
BLOTTER MUSIC,
ELVIS MAMBO MUSIC,
TARPO MUSIC PUBLISHING,
EMI APRIL MUSIC, INC.,
NOTTING DALE SONGS, INC.,
EMERGENCY MUSIC, INC., and
SHAPIRO BERNSTEIN & CO., INC.,

      Plaintiffs,

v.

CANAS ENTERPRISES, INC., and
FERNANDO CANAS,

      Defendants.

**ORDER GRANTING MOTION TO REVIVE FINAL JUDGMENT
AND ORDER TO DEFENDANTS TO SHOW CAUSE**

**Blackburn, J.**

      This matter is before me on the **Motion To Revive Final Judgment on Consent** [#15][1] filed June 18, 2014.  The motion is granted.

      On August 1, 2008, the court entered a **Final Judgment on Consent** [#13]. Among other things, the judgment requires the defendants to make certain payments to the plaintiffs.  The defendants have failed to make certain required payments as

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

required by the judgment and still owe a balance to the plaintiffs. The plaintiffs seek to revive the judgment in order to maintain a valid judgment lien against property of the defendants. Having reviewed the record, there is no valid reason not to require the defendants to show cause why the judgment should not be revived, as required by Colorado Rule of Civil Procedure 54(h). Absent a showing of good cause by the defendants, the judgment [#13] shall be revived.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Revive Final Judgment on Consent** [#15] filed June 18, 2014, is **GRANTED** on the terms stated in this order;

2. That if the defendants or any of them oppose the revival of the final judgment [#13] in this case, then on or before **March 20, 2015**, the defendants **SHALL SHOW CAUSE** in writing why the final judgment [#13] in this case should not be revived; and

3. That absent a timely showing of good cause by the defendants, the court **SHALL ENTER** an order reviving the final judgment [#13] in this case.

Dated March 10, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge